UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAXINE BROWN,<br><br>                              Plaintiff,<br><br>            -against-<br><br>DONALD JOHN TRUMP ET AL.,<br><br>                              Defendants. | 25-cv-7009 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 1, 2025, order, this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 3, 2025
         New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge